IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

SHAUN DIFABIO,

     Appellant,

 v.

                                         Case No. 5D22-1889
                                         LT Case No. 2020-CC-048238

ALECIA WATTS,

     Appellee.
_____/

Decision filed August 8, 2023

Appeal from the County Court
for Brevard County,
Rhonda Babb, Judge.

Adam M. Bird, of WhiteBird, PLLC,
Melbourne, for Appellant.

Shaun DiFabio, Merritt Island, pro se.

Samuel Alexander, of Alexander
Appellate Law P.A., DeLand, for
Appellee.

PER CURIAM.

     AFFIRMED.


EDWARDS, C.J., LAMBERT and PRATT, JJ., concur.